Anthony De Los Reyes (SBN: 043644)
delosreyes@thonbeck.com
THON, BECK & VANNI CALLAHAN & POWELL
1100 East Green Street
Pasadena, CA 91106
Telephone: (626) 795-8333
Facsimile: (626) 449-9933

Attorneys for Plaintiffs
LUCY M. THIRY, individually and as Guardian ad Litem of ELISA THIRY, CHRISTY THIRY AND RAQUEL THIRY

John S. Gibson (SBN: 140647)
jsgibson@winston.com
Denise A. Smith (SBN: 215057)
desmith@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendant
CARPENTER TECHNOLOGY CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| LUCY M. THIRY, individually and as Guardian ad Litem of ELISA THIRY, CHRISTY THIRY AND RAQUEL THIRY,<br><br>Plaintiffs,<br><br>vs.<br><br>CARPENTER TECHNOLOGY CORP.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. EDCV09-1859 VAP (DTBx)<br><br>[Assigned to the Honorable Virginia A. Phillips]<br><br>RULE 26(f) JOINT REPORT<br><br>Complaint Filed: August 14, 2009 |

Pursuant to the Court's Order and Rule 26(f) of the Federal Rules of Civil Procedure, the parties to the above-entitled action, plaintiff Lucy M. Thiry, individually and as Guardian ad Litem of Elisa Thiry, Christy Thiry and Raquel Thiry ("Plaintiff"), and defendant Carpenter Technology Corporation ("Defendant"), have met and conferred regarding this matter and hereby respectfully submit the following Joint Report:

## I.    BRIEF STATEMENT OF THE CASE

Plaintiff is the widow of Christopher Thiry ("Plaintiff's Decedent"), who died on October 31, 2007 while unloading two round steel billets for his employer, Schlosser Forge Company. On August 14, 2009, Plaintiff filed suit against Defendant asserting claims for wrongful death and negligent infliction of emotional distress. Plaintiff alleges that Defendant "carelessly and negligently loaded the steel billets" onto Schlosser Forge Company's truck "so as to cause said billets to not be properly secure, creating a risk of harm at the time of unloading the billets" from the truck.

Defendant intends to demonstrate that the accident, while undeniably tragic, was not caused by any of Defendant's acts.  Rather, Plaintiff's Decedent's (an d perhaps his employer's) negligent acts during the unloading process caused the accident to occur.  To be clear, Defendant contends that it had no duty to secure the load for Plaintiff's Decedent driver during the loading process. Defendant contends further that the steel billets were properly secured on the flatbed truck during the loading process at Defendant's facility and remained secured until Plaintiff's Decedent, after parking the flatbed truck on an incline at Schlosser Forge Company, unstrapped the round steel billets while attempting to unload the materials by himself, in violation of company policy.

## II.    ADDITIONAL PARTIES

Plaintiff does not intend to name any additional parties in this matter.

### III. COMPLEXITY OF THE CASE

The parties agree that there is no reason to use the special procedures of the Manual for Complex Litigation.

### IV. DISCOVERY PLAN/DISPOSITIVE MOTIONS

The parties have agreed to the following plan for discovery:

a. To maximize efficiency, the parties seek court approval to conduct discovery and motion practice in two phases as follows:

Phase I: Discovery limited to any and all issues related to loading the cargo at issue, including claimed duties and defects regarding loading or securing of the cargo. All motions for summary judgment or summary adjudication on Phase I issues shall be filed by July 15, 2010.

Phase II: If the entire case is not resolved by the Court's rulings on Phase I motions for summary judgment/adjudication, the parties may thereafter conduct discovery limited to any and all issues related to unloading the cargo, including claimed duties, negligence, and superseding cause. All motions for summary judgment or summary adjudication on Phase II issues shall be filed by December 15, 2010.

b. Fact discovery related to Phase I issues may commence immediately by service of document production demands, interrogatory requests and requests for admission. Responses to propounded discovery requests shall be served in accordance with the Federal Rules of Civil Procedure. Written discovery and production of documents shall proceed prior to scheduling of depositions.

c. Depositions may commence after April 1, 2010, by which point it is expected that each party's production of documents in response to initial discovery requests shall be complete. Each party shall be limited to ten (10) non-expert depositions. Depositions shall be limited to seven (7) hours in accordance with the Federal Rules of Civil Procedure. Either party, however, may seek the stipulation of counsel or leave of Court for additional time.

d.   The parties expect to take discovery related to the following topics: duties and responsibilities between Plaintiff's Decedent, Schlosser Forge Company and Defendant with respect to loading, securing, and unloading cargo; policies and industry practice regarding same; alleged defects/negligence in loading, securing, and unloading the cargo; and damages.

e.   Initial disclosures will be made no later than February 8, 2010.

f.   All fact discovery is to be completed by December 1, 2010.

## V.   EXPERT WITNESSES

The parties have agreed to the following schedule for expert disclosures:[1]

| | |
|---|---|
| Plaintiff's expert disclosures: | October 1, 2010 |
| Deposition of Plaintiff's experts: | November 1, 2010 |
| Defendant's expert disclosures: | October 1, 2010 |
| Deposition of Defendant's experts: | November 20, 2010 |
| Plaintiff's expert rebuttal report: | December 10, 2010 |

## VI.   SETTLEMENT

The parties select Settlement Procedure 3 from Local Rule 16-15.4 where the parties participate in a non-judicial dispute resolution proceeding. The parties propose to comply with Local Rule 16 by January 10, 2011.

## VII.   PROPOSED DATES FOR FINAL PRETRIAL CONFERENCE, SUBMISSION OF PRETRIAL ORDER, AND TRIAL ESTIMATE

The parties propose that a final pretrial conference be held on February 25, 2011, and that the pretrial order be submitted on March 7, 2011. The parties anticipate that trial will take seven (7) days.

## VIII.   PROTECTIVE ORDER

The parties do not believe that a protective order should be entered at this time.

---

[1] The listed tasks are to be completed on or before the corresponding dates.

**JOINTLY SUBMITTED:**

Dated: January 25, 2010                THON, BECK & VANNI CALLAHAN & POWELL
                                       Anthony De Los Reyes


                                       By:  /s/ Anthony De Los Reyes
                                       ─────────────────────────────

                                       Attorneys for Plaintiffs
                                       LUCY M. THIRY, individually and as Guardian ad Litem of ELISA THIRY, CHRISTY THIRY AND RAQUEL THIRY


Dated: January 25, 2010                WINSTON & STRAWN LLP
                                       John S. Gibson
                                       Denise A. Smith


                                       By:  /s/ Denise A. Smith
                                       ─────────────────────────────
                                            Denise A. Smith

                                       Attorneys for Defendant
                                       CARPENTER TECHNOLOGY CORPORATION

# PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          ) F.R.C.P. 5(b)
COUNTY OF LOS ANGELES     )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 South Grand Avenue, Los Angeles, CA 90071-1543. On January 25, 2010, I served the within document(s):

**RULE 26(f) JOINT REPORT**

[X] By electronic notification through the Court's CM/ECF system to the persons at the email addresses set forth below.

Anthony De Los Reyes
THON, BECK & VANNI CALLAHAN & POWELL
1100 East Green Street
Pasadena, CA 91106
Telephone: (626) 795-8333
Fax: (626) 449-9933

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 25, 2010, at Los Angeles, California.

_____
Susan Benjamin

LA:263477.4

6
**RULE 26(f) JOINT REPORT**
